DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ANGELA M. VILARDI-SIEBERT**,
Appellant,

v.

**JOHN R. SIEBERT, JR., SIEBERT YACHT MANAGEMENT, INC.,**
and **J.R.S., LEASING INC.**,
Appellees.

No. 4D17-2903

[November 21, 2018]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, Martin County; Michael J. McNicholas, Judge; L.T. Case No. 432014DR000712DRAXMX.

Jonathan Mann and Robin Bresky of the Law Offices of Robin Bresky, Boca Raton, for appellant.

Andrew A. Harris of Burlington & Rockenbach, P.A., West Palm Beach, for appellees.

PER CURIAM.

*Affirmed.*

WARNER, DAMOORGIAN and KUNTZ, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***